Núm. 7366.—Torres et als., apltes. *v.* Sucn. Vargas, etc. apldos. —C. D. Aguadilla. Noviembre 10, 1936.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Por cuanto, los apelantes han solicitado la desestimación del presente recurso: porque el alegato fué presentado fuera de tiempo; porque una moción solicitando prórroga para radicar dicho alegato también fué radicada fuera de tiempo; porque la apelación es frívola;

Por cuanto, si bien la moción sobre prórroga fué denegada por el Juez Asociado Sr. Travieso como Juez de Turno en septiembre primero próximo pasado por no haberse solicitado nuevo término, los apelantes en su contra-moción radicada en octubre 28 han solicitado tal término; y

Por cuanto, examinado el alegato de los apelantes no aparecen claramente frívolas las cuestiones planteadas;

Por tanto, se admite dicho alegato y se declara sin lugar la moción de desestimación.

El Juez Presidente Sr. del Toro no intervino.

Núm. 7339.—Roselló et als., apldas. *v.* Sosa, aplte.—C. D. Arecibo. Diciembre 15, 1936.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Vista la moción que antecede con la sola asistencia de la parte promovente; apareciendo que la transcripción de evidencia y legajo de sentencia fueron radicados en la secretaría de este tribunal el día 18 de junio de 1936 y que hasta el día de hoy el apelante no ha presentado su alegato ni solicitado prórroga para la radicación del mismo, se declara con lugar la moción y se desestima la apelación interpuesta contra la sentencia dictada por la Corte de Distrito de Arecibo el día 14 de junio de 1935.

El Juez Presidente Sr. del Toro no intervino.